A.M. SANTOS LAW, CHTD.
Antony M. Santos, Esq.
Nevada Bar No. 11265
3275 S. Jones Blvd. Ste. 104
Las Vegas, Nevada 89146
Phone:   (702) 749-4594
Facsimile: (702) 543-4855
tony@amsantoslaw.com

SMITH CORRELL LLP
Mark L. Smith, Esq.
Cal. Bar No. 213829
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Telephone: (213) 443-6222
Facsimile:  (877) 730-5910
msmith@smithcorrell.com

Attorneys for Plaintiffs Reflex Media, Inc.
and InfoStream Group, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation, and INFOSTREAM GROUP, INC., a Nevada corporation,<br><br>                        Plaintiffs,<br><br>        vs.<br><br>OLIGARCH, LLC, a Nevada Limited Liability Company; COBIA SYSTEMS, INC., a Washington Corporation; DMA FINANCIAL CORP., a Nevada Corporation; FORLEX SALES, INC., a Nevada Corporation; NATASHA ZUKOVSKI, an individual; LEAH GARRETT, an individual; NICK PINKOWSKI, an individual; DEVANAND SHARMA, an individual; DARRIN LANDAU, an individual; ALEXANDER ZUKOVSKI, an individual; GREGORY ZUKOVSKI, an individual; VIBRA JESSEN, an individual; KIRSTEN JOHNSON, an individual; and DOES 1-50, inclusive,<br><br>                        Defendants. | Case No.:   2:15-cv-1147<br><br>**JOINT STIPULATION OF DISMISSAL** |

///

///

///

- 1 -

## JOINT STIPULATION OF DISMISSAL

COMES NOW, the above-named parties, by and through their undersigned counsel of record, and hereby stipulate and agree as follows:

WHEREAS, Plaintiffs REFLEX MEDIA, INC., a Nevada corporation, and INFOSTREAM GROUP, INC., a Nevada corporation ("Plaintiffs") filed this action against Defendants OLIGARCH, LLC, a Nevada Limited Liability Company; COBIA SYSTEMS, INC., a Washington Corporation; DMA FINANCIAL CORP., a Nevada Corporation; FORLEX SALES, INC., a Nevada Corporation; NATASHA ZUKOVSKI, an individual; LEAH GARRETT, an individual; NICK PINKOWSKI, an individual; DEVANAND SHARMA, an individual; DARRIN LANDAU, an individual; ALEXANDER ZUKOVSKI, an individual; GREGORY ZUKOVSKI, an individual; VIBRA JESSEN, an individual; KIRSTEN JOHNSON ("Defendants"); and

WHEREAS, the parties have entered into a written settlement agreement, pursuant to which they agree to release all claims, counterclaims and causes of action against one another arising from the facts giving rise to this lawsuit.

THEREFORE, the above-named parties hereby stipulate and agree that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

*Attorneys for Plaintiffs*

A.M. SANTOS LAW, CHTD.

Antony M. Santos, Esq.
Nevada Bar No. 11265
Email: tony@amsantoslaw.com
Dated this ___ day of January 2016

SMITH CORRELL, LLP

Mark L. Smith, Esq.
California Bar. 213829
Email: msmith@smithcorrell.com
Dated this ___ day of January 2016

*Attorneys for Defendants*

MICHAEL H. SINGER, LTD.

Michael H. Singer, Esq.
Nevada Bar No. 1589
Email: msinger@mhsingerlaw.com
Dated this ___ day of January 2016

### ORDER

IT IS SO ORDERED this **10** day of **March**, 20**16**

_____
UNITED STATES DISTRICT COURT JUDGE